**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NOS. A-4984-17T4
               A-0206-18T4
               A-0207-18T4
               A-0208-18T4

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

SHELDA GARCIA,

    Defendant,

and

BROADWAY INSURANCE AND
SURETY CO.,

    Defendant-Appellant.

_____

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

RASHAWN HARRIS,

Defendant,

and

BROADWAY INSURANCE AND
SURETY CO.,

 Defendant-Appellant.
_____

STATE OF NEW JERSEY,

 Plaintiff-Respondent,

v.

RASANDA CLEMMONS,

 Defendant,

and

BROADWAY INSURANCE AND
SURETY CO.,

 Defendant-Appellant.
_____

STATE OF NEW JERSEY,

 Plaintiff-Respondent/
 Cross-Appellant,

v.

DEJEUR GEORGE,

 Defendant,

A-4984-17T4

and

BROADWAY INSURANCE AND
SURETY CO.,

      Defendant-Appellant/
      Cross-Respondent.

_____

      Submitted September 17, 2019 – Decided November 20, 2019

      Before Judges Fisher, Accurso and Gilson.

      On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Indictment Nos. 17-02-0106, 15002031-002, 15000671-001, and 15000068-001.

      Gurbir S. Grewal, Attorney General, attorney for Broadway Insurance and Surety Co., appellant in A-4984-17, A-0206-18, A-0207-18 and appellant/cross-respondent in A-0208-18 (William B. Puskas, Jr., Deputy Attorney General, of counsel; Richard P. Blender, on the briefs).

      Chasan Lamparello Mallon & Cappuzzo, PC, attorneys for State of New Jersey, respondent in A-4984-17, A-0206-18, A-0207-18 and respondent/cross-appellant in A-0208-18 (Maria P. Vallejo, of counsel and on the brief).

PER CURIAM

The parties having filed a stipulation of dismissal of these four appeals, including the State's cross-appeal in A-0208-18, the appeals and the cross-appeal are dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

3

A-4984-17T4